David O'Shell, pro per
_____
NAME
CO-000761-7
_____
PRISON NUMBER

Coalinga State Hospital
_____
PLACE OF CONFINEMENT

P.O. Box 5003; Coalinga, CA 93210
_____
ADDRESS

FILED

2008 MAR -7 PH 4: 37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# United States District Court
## Southern District Of California

David O'Shell
_____,
(FULL NAME OF PETITIONER)
                              **Petitioner**

              v.

People of the
State of California
_____,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER, E.G. PAROLE OFFICER)
                              **Respondent**

              and
The Attorney General of the State of
California, Additional Respondent.

Civil No. **08 CV 0436 J NLS**
_____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2241

1.  Type of challenge (CHECK ONE):
    ❑ Parole
    ❑ Probation
    ❑ Loss of good-time credits
    ❑ Prison disciplinary hearing
    ☒ Other (specify): Due process / time constraint and constitutional
        violation, prejudiced loss of liberty.

Civ-69 (Rev. 6/00)                          ::ODMA\PCDOCS\WORDPERFECT\22832\1

CR

2. Have you previously filed any petitions, applications, or motions with respect to the execution of your sentence in any court, state or federal?
   XX Yes ☐ No

3. If your answer to 2 was "Yes," give the following information:

   (a) (1) Name of court ___Supreme Court of the State of California___

   (2) Nature of proceeding ___Petition for Writ of Habeas Corpus___

   (3) Grounds raised ___Time constraint, due process and constitutional violation for arraignment and probable cause and prejudicial loss of liberty because of the violation.___

   (4) Did you receive an evidentiary hearing on your petition, application or motion?
       ☐ Yes XX No

   (5) Result ___Denied___

   (6) Date of result ___November 14, 2007___

   (b) As to any second petition, application or motion give the same information:

   (1) Name of court ___San Diego Superior Court of California___

   (2) Nature of proceeding ___Petition for Writ of Mandate under California Penal Code Section 871.6 and 859b.___

   (3) Grounds raised ___Petitioner's preliminary hearing was continued without probable cause and without ___ Petitioner's knowledge or consent to exceed the statutory period prescribed in Section 859b of the Penal Code___

_____

_____

    (4)    Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes  ☒ No

    (5)    Result _No result_____

    (6)    Date of result _N/A_____

(c)    Did you appeal, to the highest state court having jurisdiction, the result of action taken on any petition, application or motion?
    (1)    First petition, etc.    ☒ Yes  ☐ No
    (2)    Second petition, etc.    ☐ Yes ☒ No

(d)    If you did **not** appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _San Diego Superior Court has not made a_____ _ruling from August 27, 2007 when Writ of Mandate was_____ _submitted._____

_____

_____

4.  State **concisely** every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize **briefly** the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
        CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. Moreover, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.
    You should **raise in this petition all available grounds** on which you base your allegations that you are being held in custody unlawfully.

**A.    Ground one:** Petitioner's due process and constitutional rights were violated where time constraints expired for Petitioner's arraingment.

**Supporting FACTS** (state *briefly* without citing cases or law) On November 16, 2006 a Petition for Involuntary Treatment was filed against Petitioner. (See Exhibit "A".) Petitioner was brought to the San Diego County Jail and made his first court appearance on December 1, 2006.  Fifteen (15) days after Petition for Involuntary Treatment was signed.

**B. Ground two:** Petitioner's due process and constitutional rights were violated at arraignment while Petitioner did not waive time.

**Supporting FACTS** (state *briefly* without citing cases or law): On December 1, 2006 arraignment was held and Deputy Public Defender, Jane Kinsey set a Status Conference for January 12, 2007. During the arraignment Petitioner was never asked to waive time by his attorney, nor did the Court seek to ask Petitioner. At no time did Petitioner give consent or have prior knowledge to have statutory time waived or did the Petitioner knowingly

or willingly personally waive time during arraignment of before the Probable Cause Hearing. (See Exhibits "B" and "C".)

C.  **Ground three:** Petitioner's due process and constitutional rights were violated where time constraints expired for Probable Cause Hearing.

**Supporting FACTS** (state *briefly* without citing cases or law): Petitioner was arraigned on December 1, 2006 and a Status Conference was scheduled for January 12, 2007. At that time a Probable Cause Hearing was set for April 25, 2007. At no time had Petitioner waived statutory time prior to the Probable Cause Hearing which was held on April 24, 2007. (129 days after Petition for Involuntary Treatment was signed. (See Exhibits "B" and "C".)

Civ-69 (Rev. 6/00)

::ODMA\PCDOCS\WORDPERFECT\22832\1

_____

_____

_____

_____

5. If any of the grounds listed in 4A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not presented, and give your reasons for not presenting them:

N/A _____

_____

_____

6. Do you have any petition or appeal now pending in any court, either state or federal, as to the execution of sentence under attack?
   ☐ Yes ☒ No

7. Give the name and address, if known, of each attorney who represented you in the following stages of the execution of sentence attacked herein:

   (a)   In any post-conviction proceeding  N/A _____

   _____

   (b)   On appeal from any adverse ruling in a post-conviction proceeding _____

   _____

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____N/A_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_____March 4, 2008_____          ___David O'Shell, pro per___
        (DATE)                      SIGNATURE OF PETITIONER

Civ-69 (Rev. 6/00)                              ::ODMA\PCDOCS\WORDPERFECT\22832\1

**PROOF OF SERVICE BY MAIL**

**BY PERSON IN STATE CUSTODY**

(Fed. R. Civ. P. 5; 28 U.S.C. §1746)


I, David O'Shell, declare that:

I am over eighteen years of age and a party to this action.    I am a resident of Coalinga State Hospital in the city of Coalinga in the county of Fresno, California.    The address of my incarceration is:  P.O. Box 5003, Coalinga, California 93210.

On March 4, 2008, I serviced the attached: Petition for Writ of Habeas Corpus and Motion to Proceed In Forma Pauperis on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above named state hospital in which I am presently confined.  The envelope was addressed as follows:

> Clerk of the U.S. District Court
> Room 4290
> 880 Front Street
> San Diego, California 92101-8900

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 4, 2008    David O'Shell,
                             Petitioner / Defendant

**E X H I B I T  "A"**

**E X H I B I T  "A"**

**E X H I B I T  "A"**

BONNIE M. DUMANIS
District Attorney
SUMMER STEPHAN, SBN 129323
Deputy District Attorney
Hall of Justice
330 West Broadway, Suite 1240
San Diego, California 92101
(619) 531-4197
Fax (619) 685-6540
Email summer.stephan@sdcda.org

Attorneys for Petitioner

F I L E D
Clerk of the Superior Court

NOV 1 6 2006

By: X. LUGO, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

CENTRAL DIVISION

| THE PEOPLE OF THE STATE OF CALIFORNIA, | Nos. MH 100473 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA,

                             Petitioner,

                v.

DAVID O'SHELL,
(CDC# K13377)

                        Respondent.

Nos. MH 100473
     DA A63435/P67301

**PETITION FOR INVOLUNTARY
TREATMENT OF A SEXUALLY
VIOLENT PREDATOR**

**(Welf. & Inst. Code, § 6600 et seq.)**
Date: December 1, 2006
Time: 9:00 a.m.
Dept: 11

I

     Pursuant to Welfare and Institutions Code section 6600 et seq., the District

Attorney of the County of San Diego hereby petitions this Honorable Court to commence

proceedings to determine whether DAVID O'SHELL is a sexually violent predator and

should be committed for an indeterminate term to the custody of the California Department of

Mental Health for appropriate treatment and confinement in a secure facility designated by the

Director of Mental Health. Respondent is a sexually violent predator in that Respondent was

convicted of a sexually violent offense against two or more victims, and has a diagnosed

mental disorder that makes him a danger to the health and safety of others in that it is likely he

will engage in sexually violent predatory criminal behavior.

. . . . .

## II

On October 22, 1982, in the Municipal Court of California, County of San Diego, San Diego Judicial District, SF-76399 (Superior Court case number CRS-60538), DAVID O'SHELL pled guilty to the crime of Oral Copulation with a Person Under the Age of 18, in violation of Penal Code section 288a(c), a felony. It is also alleged that in the commission of the above offense, the respondent DAVID O'SHELL used a deadly weapon, to wit: a knife, within the meaning of Penal Code section 12022.3(a). The victim was a young man Ben S. – age 16.

## III

On November 17, 1982, the Honorable Cazares, Judge of the Municipal Court, sitting as Superior Court Judge, sentenced respondent to 11 years in state prison.

## IV

On May 23, 1996, in the Municipal Court of California, County of San Diego, San Diego Judicial District, in case CD-115690 (Superior Court number SCD-115690), DAVID O'SHELL pled guilty to the crime Lewd Act Upon a Child in violation of Penal Code section 288.5(a), a felony. It is also alleged that respondent has not remained free of prison custody and free of the commission of an offense resulting in a felony conviction for ten years subsequent to his conviction for the above said felony, within the meaning of Penal Code section 667.6(a). The victim was a young male Joseph P. age – 13.

## V

On July 11, 1996, the Honorable Kenneth K. So, Judge of the Superior Court sentenced DAVID O'SHELL to 21 years state prison.

## VI

Petitioner herein alleges that DAVID O'SHELL is a person who has been convicted of a sexually violent offense against two or more victims for which he was

. . . . .

. . . . .

. . . . .

2

1   sentenced to state prison and who has a diagnosed mental disorder that makes him a danger to

2   the health and safety of others, in that it is likely he will engage in sexually violent predatory

3   criminal behavior.  (See Declaration of Summer Stephan attached hereto.)

4                                              VII

5              Respondent is presently confined at California State Prison-Solano.

6              WHEREFORE, your petitioner prays that:

7                  1.  Proceedings be held in the manner provided by law pursuant to the provisions

8   of Welfare and Institutions Code section 6600 et seq.

9                  2.  At the conclusion of the proceedings, the court commit respondent DAVID

10  O'SHELL to the Department of Mental Health for an indeterminate term pursuant to

11  Welfare and Institutions Code section 6604.

12                 3.  The court issue an order to the Sheriff of the County of San Diego and to the

13  Warden, California State Prison-Solano, directing the Sheriff to bring respondent before this

14  court for arraignment on this petition and for such further proceedings that are called for by

15  Welfare and Institutions Code section 6600 et seq.

16                 4.  The court also issue an order finding probable cause through facial review and

17  holding respondent in a secure facility (i.e., California State Prison-Solano/county jail) pursuant

18  to Welfare and Institutions Code section 6601.5 pending further proceedings.

19              Dated:  November 13, 2006

20                                              Respectfully submitted,

21                                              BONNIE M. DUMANIS
                                                District Attorney
22

23                                              By:  _Summer Stephan_

24                                              SUMMER STEPHAN
                                                Deputy District Attorney
25
                                                Attorneys for Petitioner
26

27

28

E X H I B I T  "B"

E X H I B I T  "B"

E X H I B I T  "B"

IN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CENTRAL DIVISION

DEPARTMENT 11                    BEFORE HON. JEFFREY FRASER, JUDGE

---

THE PEOPLE OF THE STATE OF CALIFORNIA

                    PLAINTIFF,

VS.

DAVID OSHELL,

                    DEFENDANT.

---

COPY

## REPORTER'S TRANSCRIPT

SAN DIEGO, CALIFORNIA

DECEMBER 1, 2006

APPEARANCES:

    FOR THE PEOPLE:         BONNIE M. DUMANIS, ESQ.
                            DISTRICT ATTORNEY
                            BY: PHYLISS SHESS
                            DEPUTY DISTRICT ATTORNEY

    FOR THE DEFENDANT:      JANE KINSEY
                            DEPUTY PUBLIC DEFENDER

                            LORI LAROCQUE RMR, RPR, CSR NO. 10984
                            OFFICIAL REPORTER
                            SAN DIEGO SUPERIOR COURT

1    SAN DIEGO, CALIFORNIA, FRIDAY, DECEMBER 1, 2006, A.M. CALENDAR

2                              - - -

3                      P R O C E E D I N G S

4                              - - -

5          THE COURT:  NO. 18, OSHELL.

6          MS. SHESS:  PHYLIS SHESS FOR THE PEOPLE.

7          MS. KINSEY:  JANE KINSEY FOR DALEN DUONG OF MY OFFICE,

8    WHO IS CURRENTLY IN TRIAL.  MR. OSHELL IS HERE FOR

9    ARRAIGNMENT.  I HAVE DISCUSSED WITH COUNSEL PERHAPS WE COULD

10   SET A STATUS CONFERENCE IN JANUARY AND AT THIS POINT SET A

11   PROBABLE CAUSE IN APRIL.

12         MS. SHESS:  WELL, I THINK THAT'S TOO FAR OFF AT THIS

13   POINT FOR THE PROBABLE CAUSE HEARING, YOUR HONOR.  THAT DOESN'T

14   GET US TO A TRIAL DATE FOR A LONG PERIOD OF TIME.

15              SO WHAT I SUGGESTED IS -- I DON'T EVEN KNOW

16   WHETHER MR. DUONG HAS EVEN HAD A CHANCE TO MEET WITH HIS CLIENT

17   YET.  BUT JANUARY 12TH -- IF WE COULD BASICALLY CONTINUE THE

18   ARRAIGNMENT OR WE COULD DO THE ARRAIGNMENT THIS MORNING AND SET

19   JANUARY 12TH FOR A STATUS.  AT THAT POINT, THEN, MR. DUONG WILL

20   BE BACK WITH HIS CALENDAR AND PERHAPS WE CAN WORK TOGETHER TO

21   MOVE THE DATE UP A LITTLE BIT.

22         THE COURT:  THIS WILL BE THE ARRAIGNMENT NOW.  WE'LL SET

23   IT FOR STATUS ON TRIAL AND GET FORMAL DATES.

24         MS. KINSEY:  THAT'S FINE.

25         THE COURT:  SO GO AHEAD, COUNSEL, AND ARRAIGN HIM.

26         MS. KINSEY:  YOUR HONOR, MR. OSHELL IS ON A W.I. 6600

27   PETITION.  HE DENIES THE PETITION AT THIS TIME AND REQUESTS

28   PROBABLE CAUSE FOR A JURY TRIAL.

1    THE COURT:  AT THIS POINT, THEN, WAIVE ANY TIME TO HAVE

2    A PROBABLE CAUSE HEARING WITHIN A REASONABLE TIME SO I CAN SET

3    IT FOR A STATUS IN JANUARY?

4    MS. KINSEY:  YES.

5    THE COURT:  NOTE THE TIME WAIVER.  PUT THE MATTER OVER

6    UNTIL JANUARY.

7    THE CLERK:  COUNSEL, WHAT DATE?

8    MS. KINSEY:  JANUARY 12TH.

9    THE CLERK:  STATUS SET FOR JANUARY 12TH AT 9:00 O'CLOCK

10   IN DEPARTMENT 11.

11   MS. KINSEY:  THANK YOU.

12                    - - -

13   (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED)

14                    - - -

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  STATE OF CALIFORNIA )
                       :
2  COUNTY OF SAN DIEGO )

3

4

5

6              I, LORI LAROCQUE, DO HEREBY CERTIFY:

7

8              THAT I AM A CERTIFIED SHORTHAND REPORTER OF THE

9  STATE OF CALIFORNIA, CERTIFICATE NO. 10984, AND AN OFFICIAL

10 COURT REPORTER OF THE SUPERIOR COURT, CENTRAL DIVISION, IN AND

11 FOR THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA;

12

13             THAT AS SUCH OFFICIAL COURT REPORTER, I REPORTED

14 IN SHORTHAND THE ORAL PROCEEDINGS IN THE WITHIN CAUSE ON THE

15 DATE INDICATED HEREINBEFORE; AND

16

17             THAT THE FOREGOING AND ATTACHED "REPORTER'S

18 TRANSCRIPT," IS A FULL, TRUE AND CORRECT TRANSCRIPT OF THE ORAL

19 PROCEEDINGS HAD ON SAID DATE.

20

21             DATED THIS 17TH DAY OF APRIL, 2007, AT SAN DIEGO,

22 CALIFORNIA.

23

24

25             _____
               LORI LAROCQUE, RMR, RPR, CSR
26             OFFICIAL REPORTER, CSR NO. 10984
               SAN DIEGO SUPERIOR COURT
27

28

E X H I B I T   "C"

E X H I B I T   "C"

E X H I B I T   "C"

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

David O'Shell, ) Case No:  MH100473
   Petitioner ) DA No:  A63435 / P67301
   v. )
People of the State ) DECLARATION    OF    DAVID
 of California, ) O'SHELL   IN   SUPPORT   OF
   Respondent ) MOTION TO DISMISS

I, David O'Shell, declare as follows:

I am the Petitioner and Defendant in the above entitles case.

I declare under penalty of perjury that the facts stated in the enclosed document not otherwise supported by citations to the record, exhibits, or other documents, are true and correct of my own knowledge.  I further declare as to any facts alleged on information and belief, that I believe them to be true and correct under penalty of perjury.

The facts of the case are as follows:

On November 16, 2006, the District Attorney filed the Petition for Involuntary Treatment pursuant to Welfare and Institutions Code (W.I.C.) Section 6600 et. seq.  On this day also was an order to keep Mr. O'Shell in a secure facility pending a hearing pursuant to W.I.C. Section 6602.  Mr. O'Shell was transported and delivered to San Diego County Jail on November 29, 2006.  Mr. O'Shell appeared before the Honorable Jeffrey F. Fraser in Department 11, Superior Court of San Diego, and a "Status Conference" was set for January

1  12, 2007.    On January 12, 2007, Mr. O'Shell again appeared
2  before the Honorable Jeffrey F. Fraser and a Probable Cause
3  hearing was set for April 25, 2007.    This date was later
4  changed to April 24, 2007, due to scheduling conflicts with
5  witnesses.

6      At no time did Mr. O'Shell personally waive statutory
7  time in extending the Probable Cause Hearing beyond the 10-day
8  requirement pursuant to W.I.C. Section 6601.5.    At no time did
9  Mr. O'Shell submit or authorize Counsel to submit a motion to
10 extend the Probable Cause Hearing beyond the 10-day
11 requirement pursuant to W.I.C. Section 6601.5.    At no time did
12 Mr. O'Shell authorize court appointed Counsel to waive
13 statutory time.    At no time was Mr. O'Shell asked by the Court
14 to verbally waive statutory time or to sign a waiver to waive
15 statutory time.

16     I declare under penalty of perjury under the laws of the
17 State of California, that the foregoing is true and correct.

18     Dated this 15th day of February in the year of 2008, in
19 the city of Coalinga of Fresno County and State of California.

20

21 Declarant,                          Witness,

22

23 _____                 _____
   David O'Shell,                      Matthew H. Hedge,
24 Petitioner / Defendant              Witness of Signature

25

26

27

28

Page 2 of 2

JS44
(Rev. 07/89)

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

David O'Shell

**DEFENDANTS**

People of the State of CA

FILED

2008 MAR -7  PM 4: 37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED  Fresno
PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

David O'Shell
PO Box 5003
Coalinga, CA 93210
C0-000761-7

**ATTORNEYS (IF KNOWN)**

'08 CV 0436 J NLS

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☑ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
(For Diversity Cases Only)          FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

### 28 USC 2241

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Medical Malpractice | ☐ 625 Drug Related Seizure | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - | of Property 21 USC881 | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 330 Federal Employers' | Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| &Enforcement of Judgment | Liability | ☐ 368 Asbestos Personal Injury | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 340 Marine | Product Liability | ☐ 650 Airline Regs | **SOCIAL SECURITY** | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student | ☐ 345 Marine Product | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| Loans (Excl. Veterans) | Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| of Veterans Benefits | ☐ 355 Motor Vehicle Product | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | Liability | Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage | ☐ 730 Labor/Mgmt. Reporting & | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | Product Liability | Disclosure Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | ☐ 791 Empl. Ret. Inc. Security Act | 26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☑ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☐ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23  DEMAND $  Check YES only if demanded in complaint:  JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**  JUDGE _____  Docket Number _____

DATE  March 7, 2008        SIGNATURE OF ATTORNEY OF RECORD

148553   $5.00   SA   3/7/08

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 148553    — SH**

**March 07, 2008
16:33:05**

**Habeas Corpus**
USAO #.: 08CV0436
Judge..: NAPOLEON A JONES, JR
Amount.:
Check#.: 0548427622              $5.00 MO

**Total—>   $5.00**

FROM: O'SHELL V. PEOPLE OF CA