PLAINTIFF/PETITIONER/MOVANT'S NAME  David O'Shell, pro per

PRISON NUMBER  CO-000761-7

PLACE OF CONFINEMENT  Coalinga State Hospital

ADDRESS  P.O. Box 5003
Coalinga, California 93210

FILED
2008 MAR -7 PM 4: 37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

David O'Shell,
   Plaintiff/Petitioner/Movant

v.

People of the
State of California,
   Defendant/Respondent

Civil No. **08 CV 0436 J NLS**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? [XX]Yes [ ]No     (If "No" go to question 2)
   If "Yes," state the place of your incarceration   Coalinga State Hospital
   Are you employed at the institution?           [ ]Yes [XX]No
   Do you receive any payment from the institution?   [ ]Yes [XX]No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                            ::ODMA\PCDOCS\WORDPERFECT\22835\1



2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Date of last employment was the year 1995 to the company "Complete Logistics Company" in Dallas, Texas. Address unknown. Amount of take-home salary unknown.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☒ Yes ☐ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   My brother has sent to me, as a gift in the last 16 months the amount of $250.00. I do not expect any further gifts.

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:                Year:            Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☒ No
If "Yes" describe the property and state its value._____
_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    NONE

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
NONE

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):    NONE

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

I have been incarcerated in state prison since 1995. I am currently incarcerated at the Coalinga State Hospital in Coalinga, California. My day to day living expenses are covered by the State of California.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

March 4, 2008                David O'Shell    /s/ D. O'Shell
DATE                                            SIGNATURE OF APPLICANT

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __David O'Shell / C0-000761-7__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__2/15/08__                             __D O'Shell__
DATE                                    SIGNATURE OF PRISONER

I have enclosed a $5.00 money order to cover this cost. Any other court fees or costs will proceed in "forma pauperis."

CIV-67 (Rev. 9/97)                -5-               ::ODMA\PCDOCS\WORDPERFECT\22835\1

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __David O'Shell__,
(NAME OF INMATE)

__C0-000761-7__,
(INMATE'S CDC NUMBER)

has the sum of $ __0.00__ on account to his/her credit at __Coalinga State Hospital, Coalinga, California.__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** [one] the applicant's *average monthly balance* was $ __35.51__,

and the *average monthly deposits* to the applicant's account was $ __100.00__.

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__1/29/2008__                    __[signature]__
DATE                             SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                                 __Linda Arviso-Hunt__
                                 OFFICER'S FULL NAME (PRINTED)

                                 __Accounting Administrator__
                                 OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)           -4-           ::ODMA\PCDOCS\WORDPERFECT\22835\1

**CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

1/29/2008　　　　COALINGA STATE HOSPITAL　　　　Page 1 of 1
4:46:40PM　　　TRUST ACCOUNT / CASHIERS' SYSTEM II
　　　　　　　　　　Patient Ledger Report

0007617　　OShell, David
　　　　　　Unit:　305

| # | TransDate | Doc No. | Description/Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|
| 1 | 12/31/2007 | 16-19154 | San Diego County<br>San Diego County | | $0.12 | $0.12 |
| 2 | 01/03/2008 | 16-19158 | J. Doug O' Shell<br>J. Doug O'Shell | | $100.00 | $100.12 |
| 3 | 01/04/2008 | 13-010408 | Misc Disbursement<br>Cash Card Disb. | $40.00 | | $60.12 |
| 4 | 01/15/2008 | 13-012856 | Misc Disbursement<br>Fred Stoker and Sons, Inc. | $42.95 | | $17.17 |
| 5 | 01/18/2008 | 13-011808 | Misc Disbursement<br>Cash Card Disb | $17.17 | | $0.00 |

David OShell was admitted to Coalinga State Hospital on 12/26/07.

DATE 1/29/08

THIS IS A CERTIFIED COPY OF THE ABOVE NAMED PATIENT'S HOSPITAL ACCOUNT.

TRUST OFFICER

**TOTAL WITHDRAWLS / DEPOSITS:**　　　　　　$100.12　　$100.12