NUNC PRO TUNC
JUN 19 2008

David O'Shell, pro per
CO-000761-7
Coalinga State Hospital
P.O. Box 5003
Coalinga, California 93210



FILED
JUL - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID O'SHELL,<br>    Petitioner<br><br>v.<br><br>STEVEN MAYBERG, Warden,<br>    Respondent | Civil No. 08-0436 J (NLS)<br><br>MOTION TO DENY APPLICATION FOR THIRTY-DAY ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER BY DEPUTY ATTORNEY GENERAL, ANTHONY DA SILVA |

    Petitioner respectfully requests that this Court **DENY** the request of a thirty-day enlargement of time to file either a Motion to Dismiss or an Answer to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 which Petitioner filed on April 21, 2008.

    Federal Rule of Civil Procedure 6(b), states in part that an extension could be made "...where the failure to act was the result of excusable neglect." Petitioner argues that Deputy Attorney General, Anthony DaSilva being on vacation is <u>not</u> excusable, nor considered good cause.

    The California State Personnel Board has published their Workforce Analysis Report and on the "Utilization Analysis Worksheet" dated March 31, 2008, declared the

## PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

I, David O'Shell, declare that:

I am over eighteen years of age and a party to this action. I am a resident of Coalinga State Hospital in the city of Coalinga in the county of Fresno, California. The address of my incarceration is: P.O. Box 5003, Coalinga, California 93210.

On June 16, 2008, I served the attached: Motion to Deny Application for Thirty-Day Enlargement to File Motion to Dismiss or Answer on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope with postage paid in the United States Mail in a deposit box so provided at the above named hospital in which I am presently confined. The envelopes were addressed as follows:

> United States District Court
> Southern District of California
> Office of the Clerk
> 880 Front Street, Suite 4290
> San Diego, California 92101-8900

And:

> Anthony DaSilva,
> Deputy Attorney General
> 110 West "A" Street, Suite 1100
> San Diego, California 92101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 16, 2008          _____
                                David O'Shell, pro per
                                Petitioner

Page 1 of 1