1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  ANTHONY DA SILVA, State Bar No. 159330
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2608
    Fax: (619) 645-2271
9   Email: Anthony.DaSilva@doj.ca.gov

10 Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID O'SHELL,** | 08CV0436 J (NLS) |
| Petitioner, | **NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE- TO BE SENT TO CLERK'S OFFICE** |
| v. | |
| **STEVEN MAYBERG, Warden,** | |
| Respondent. | |

RESPONDENT Dr. Stephen W. Mayberg, Director of the California Department of Mental Health, by and through his counsel, Edmund G. Brown Jr., Attorney General for the State of California and Anthony Da Silva, Deputy Attorney General, hereby lodges the following documents in support of his Answer to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 filed by David O'Shell ("O'Shell"):

1. Lodgment No. 1 - Clerk's Transcript, California Court of Appeal, Fourth Appellate District, Division One, Case No. D052192;

///

2. Lodgment No. 2 - Supplemental Clerk's Transcript, California Court of Appeal, Fourth Appellate District, Division One, Case No. D052192;

3. Lodgment No. 3 - Volumes 1-8, Reporter's Transcript, California Court of Appeal, Fourth Appellate District, Division One, Case No. D052192;

4. Lodgment No. 4 - Order by the San Diego County Superior Court Denying Petition for Writ of Habeas Corpus in Case No. HC 18785/MH 100473;

5. Lodgment No. 5 - O'Shell's Petition for Writ of Habeas Corpus filed in California Court of Appeal, Fourth Appellate District, Division One, Case No. D050847;

6. Lodgment No. 6 - Order Denying Petition in California Court of Appeal, Fourth Appellate District, Division One, Case No. D050847;

7. Lodgment No. 7 - O'Shell's Petition for Writ of Habeas Corpus filed in California Court of Appeal, Fourth Appellate District, Division One, Case No. D050983;

8. Lodgment No. 8 - Order Denying Petition in California Court of Appeal, Fourth Appellate District, Division One, Case No. D050983;

9. Lodgment No. 9 - O'Shell's Petition for Writ of Habeas Corpus filed in California Supreme Court Case No. S156411; and,

10. Lodgment No. 10 - Order Denying Petition in California Supreme Court Case No. S156411; and,

11. Lodgment No. 11 - Docket (Register of Actions) in California Court of Appeal, Fourth Appellate District; Division One, Case No. D052192.

///
///
///
///
///
///
///
///

1 | Because these lodged documents are copies, Respondent does not request that they be
2 | returned.
3 | Dated: July 22, 2008
4 | Respectfully submitted,
5 | EDMUND G. BROWN JR.
Attorney General of the State of California
6 | DANE R. GILLETTE
Chief Assistant Attorney General
7 | GARY W. SCHONS
Senior Assistant Attorney General
8 |
9 | KEVIN VIENNA
Supervising Deputy Attorney General

12 | s/Anthony Da Silva
ANTHONY DA SILVA
13 | Deputy Attorney General
Attorneys for Respondent

ADS:jr
80262983.wpd
SD2008801116

08CV0436