UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 JUL 25 PM 1:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
Stormes
BY: __ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☒ U. S. MAGISTRATE JUDGE
FROM: R. Mullin, Deputy Clerk          RECEIVED DATE: 7/24/2008
CASE NO.: 08cv0436 J (NLS)    DOCUMENT FILED BY: Petitioner
CASE TITLE: O'Shell v. People of the State of California
DOCUMENT ENTITLED: Motion to Deny Application for Thirty Day...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | **OTHER: Motion already on file.** Motion denied on 7/15/08 - see Document No. 10. This is a duplicate pleading. Please send Petitioner the attached copy of the Court's order in case he did not receive it |

Date forwarded: 7/24/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court Copy retained by chambers ☒

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF:
NITA L. STORMES
U.S. MAGISTRATE JUDGE

Dated: 7/25/08        By: LC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

NUNC PRO TUNC

JUN 19 2008



1  David O'Shell, pro per
   CO-000761-7
2  Coalinga State Hospital
   P.O. Box 5003
3  Coalinga, California 93210

4

5            IN THE UNITED STATES DISTRICT COURT

6         FOR THE SOUTHERN DISTRICT OF CALIFORNIA   **REJECTED**

7

8  DAVID O'SHELL,              )   Civil No. 08-0436 J (NLS)
       Petitioner              )
9                              )   MOTION TO DENY APPLICATION
                               )   FOR THIRTY-DAY ENLARGEMENT OF
10         v.                  )   TIME TO FILE MOTION TO
                               )   DISMISS OR ANSWER BY DEPUTY
11 STEVEN MAYBERG, Warden,     )   ATTORNEY GENERAL, ANTHONY DA
       Respondent              )   SILVA
12 _____

13

14

15      Petitioner respectfully requests that this Court

16 DENY the request of a thirty-day enlargement of time to

17 file either a Motion to Dismiss or an Answer to the

18 Petition for Writ of Habeas Corpus pursuant to 28 U.S.C.

19 §2254 which Petitioner filed on April 21, 2008.

20      Federal Rule of Civil Procedure 6(b), states in

21 part that an extension could be made "...where the

22 failure to act was the result of excusable neglect."

23 Petitioner argues that Deputy Attorney General, Anthony

24 DaSilva being on vacation is **not** excusable, nor

25 considered good cause.

26      The California State Personnel Board has published

27 their Workforce Analysis Report and on the "Utilization

28 Analysis Worksheet" dated March 31, 2008, declared the

Page 1 of 2