UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID O'SHELL, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> STEVEN MAYBERG, Warden, ) <br> ) <br> Respondent. ) <br> ) | Civil No.08cv436-J(NLS) <br><br> **ORDER GRANTING APPLICATION FOR THIRTY DAY EXTENSION OF TIME TO FILE TRAVERSE** <br><br> [Doc. No. 13] |

Before the Court in the above-captioned matter is Petitioner's *Ex Parte* Application requesting an enlargement of time in which to file a traverse [Doc. No. 13]. Petitioner's traverse is currently due on August 27, 2008. (*See Court's June 13, 2008 Order*, Doc. No. 7.) Petitioner has requested an additional thirty days to file a traverse to Respondent's answer to his petition. In support of his request, Petitioner states that he needs additional time to complete his legal research, due to the fact that he was not served with Respondent's answer until August 7, 2008, leaving him only twenty days in which to compose his traverse. The Court notes that Respondent previously requested an extension of time in which to file his answer to the petition, which the Court granted [Doc. No. 7]. This is Petitioner's first request for an extension. Accordingly, good cause appearing, Petitioner's application is **GRANTED** and Petitioner may file a traverse to matters raised in the answer no later than ***September 29, 2008***.

**IT IS SO ORDERED**.

DATED: August 15, 2008

*Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge